## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **LYNETTE P.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) **Case No. 1:17-cv-00311-JDL** |
| **ACTING COMMISSIONER,** | ) |
| **SOCIAL SECURITY ADMINISTRATION,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE
## MAGISTRATE JUDGE

The United States Magistrate Judge John C. Nivison filed his Recommended

Decision (ECF No. 22) with the Court on May 15, 2018, pursuant to 28 U.S.C.A. §

636(b)(1)(B)(2018) and Fed. R. Civ. P. 72(b).  The Magistrate Judge recommended

affirming the Commissioner's decision in its entirety.  *See* ECF No. 22 at 9. The time

within which to file objections expired on May 29, 2018, and no objections have been

filed.  The Magistrate Judge notified the parties that failure to object would waive

their right to *de novo* review and appeal.

After reviewing and considering the Magistrate Judge's Recommended

Decision, together with the entire record, I have considered all matters adjudicated

by the Magistrate Judge's Recommended Decision. I concur with the Magistrate

Judge's conclusions as set forth in his Recommended Decision and determine that no

further proceeding is necessary. It is therefore **ORDERED** that the Recommended

Decision (ECF No. 22) of the Magistrate Judge is hereby **ACCEPTED** and the Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

**Dated this the 29th day of June, 2018.**

**/s/ Jon D. Levy**
**U.S. DISTRICT JUDGE**
